UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SRIKANTH KOPPULA and
SAISRUTHI GAGGENEPELLI,

     Plaintiff,

                                   Case No.: 3:26-cv-1580-JEP-PDB

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
(USCIS), DIRECTOR JOSEPH B.
EDLOW, AND SECRETARY
MARKWAYNE MULLIN,

     Defendants.
_____/

## ORDER OF REFERENCE

This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of June, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

-2-

Copies:
Counsel of Record