United States District Court
Middle District of Florida
Jacksonville Division

**SRIKANTH KOPPULA &
SAISRUTHI GAGGENEPELLI,**

    *Plaintiffs,*

v.                                                   NO. **3:26-cv-1580-JEP-PDB**

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ETC.,**

    *Defendants.*

---

## Notice to Plaintiffs

Because you are proceeding without the benefit of a lawyer, the court provides this notice to you to ensure you are aware of the rules you must follow.

## 1.    Complying with Rules

As an initial matter, you should know that the rules apply to all parties regardless of whether they have a lawyer. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). The rules include the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the Local Rules of the United States District Court for the Middle District of Florida (Local Rules). You can find the Federal Rules of Civil Procedure and the Local Rules on the court's website, www.flmd.uscourts.gov. The Local Rules are also available in the clerk's office, located on the Ninth Floor of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. The court highlights some of the commonly applicable rules below. Because other rules also apply, however, you are

encouraged to review the rules and should not rely on this notice as limiting the duties that you have in this case.

## 2.    Filing Papers with the Court

All papers that you file with the court must be in the form of a pleading, a motion, a response, a notice, or an exhibit. A pleading is the complaint and any amended complaint, as well as the answer to the complaint and any amended answer to the complaint. A motion is any document in which you ask the court for something. A response is any document responding to a motion by another party or an order directing a response. A notice is any document in which you provide pertinent information without asking the court for something. These are some of the rules that apply to a paper filed with the court.

   a. The paper must include a caption at the top of the first page that has the name of the court (United States District Court, Middle District of Florida, Jacksonville Division), the names of the parties, and the case number. See, for example, the caption of this notice.

   b. The paper must include a title that describes what is being filed, starting with your party designation ("Plaintiff's" or "Defendant's") and, if the paper is an unopposed motion, that includes the word "unopposed." An example of a proper title for an unopposed motion would be, "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Summary-Judgment Motion."

   c. The paper must be 8 ½ by 11 inches, the paper must have 1-inch margins, the paper must have page numbers on the bottom center of each page except the first page, the text must be double-spaced, and the characters must be spaced at a 100% scale, with normal spacing and position.

**d.** A motion must include a legal memorandum with citations to authority that supports your request. The motion and memorandum must be in a single filing, not as separate filings.

**e.** Nearly all motions require a certificate at the end of the motion, under the heading "Local Rule 3.01(g) Certificate," (i) stating that you have conferred with opposing counsel in a good-faith effort to try to resolve the matter before filing the motion; and (ii) explaining whether the opposing side agrees on the relief that you are requesting in the motion.

**f.** Each paper must include your full name, your address, your email address, your telephone number, and your original signature.

**g.** Each paper must include a certificate of service certifying that you sent the paper to the opposing counsel and specifying the date that you sent the paper, how you sent the paper (for example, by United States Mail, Federal Express, or hand delivery), and the address to which you sent the paper.

For more information on filing papers with the court, please see Rules 5 through 11, Federal Rules of Civil Procedure, and the Local Rules.

## 3. Responding to Motions

You must timely respond to any motion filed by the opposing side unless you have no opposition to the relief requested in the motion. If you fail to respond to a motion, the court may assume that you do not oppose the relief requested in the motion. Under Local Rule 3.01(d), you must file any response within 14 days after the motion is served or 21 days if responding to a motion to dismiss, for judgment on the pleadings, for summary judgment, to exclude or limit expert testimony, to certify a class, for a new trial, or to alter or amend

the judgment. If you miss a filing deadline, you must file a motion asking the court to allow you to file your response late.

**4.    Directly Corresponding with the Court Prohibited**

Under Local Rule 3.01(l), you may not directly correspond with the court (or any individual judge) in the form of an email, a letter, or a similar way of communicating. Instead, everything that you submit for the court's consideration must be filed through the clerk's office. The court will not respond to anything that is not filed through the clerk's office and will return it to you.

**5.    Contact Information**

Unless an unrepresented party consents to receiving NEFs, the clerk's office generally mails papers from the court to unrepresented parties. You are responsible for keeping the court informed of your current mailing address and, if you consent to receiving NEFs, email address. If your mailing address or email address changes, you must file a notice with the court to update your address.

**6.    Use of Generative Artificial Intelligence**

While no rule prohibits the use of AI or generative AI, understanding the risks and potential consequences of AI use in court papers is important. AI may generate results that appear correct but rely on non-existent cases, invent legal rules, and misrepresent the holdings of real cases. Using AI, therefore, can result in unreliable filings, which can lead to sanctions. Sanctions can include dismissal, default, and monetary fines. If you use AI or generative AI to

prepare your papers, you are responsible for confirming the accuracy of the information before filing the papers with the court.

## 7.   Legal Resources

The court's website (www.flmd.uscourts.gov) offers resources for unrepresented litigants, including a *Guide for Proceeding Without a Lawyer*. You may also get a copy of the guide at the clerk's office. In addition, the Jacksonville Federal Court Bar Association operates a Legal Information Program through which unrepresented litigants may meet with a lawyer for free to ask general questions about procedures governing cases in federal court. Virtual, telephonic, and in-person appointments are available every Tuesday. To request an appointment, you may contact the clerk's office at (904) 549-1900 or visit the clerk's office check-in window. A brochure with more information about the program is available on the court's website (www.flmd.uscourts.gov/legal-information-program).

**Entered** in Jacksonville, Florida, on June 30, 2026.

Patricia D. Barksdale
Patricia D. Barksdale
*United States Magistrate Judge*

c:   Srikanth Koppula
11306 Celsius Ct.
Jacksonville, FL 32256

Saisruthi Gaggenepelli
11306 Celsius Ct.
Jacksonville, FL 32256