UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SRIKANTH KOPPULA and
SAISRUTHI GAGGENEPELLI,

Plaintiffs,

v. Case No.: 3:26-cv-1580-JEP-PDB

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
(USCIS), DIRECTOR JOSEPH B.
EDLOW and SECRETARY
MARKWAYNE MULLIN,

Defendants.
_______________________________/

**ORDER**

**THIS CAUSE** is before this Court on Plaintiff's "Notice of Voluntary Dismissal" (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Jacksonville, Florida on August 26, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
*Pro Se* Parties

Counsel of Record